**** CASE NUMBER: 502024CA001845XXXAMB Div: AF ****
Filing # 192699357 E-Filed 02/26/2024 11:07:02 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

2/29/2024 10:00AM KH 4685

CASE NO.: 502024CA001845XXXAMB
DIVISION:

ARIEL WINT,

Plaintiff,

vs.

TARGET CORPORATION

Defendant.
_______________________________/

## SUMMONS

TO DEFENDANT: Target Corporation
c/o RA CT Corporation System
**1200 S Pine Island Rd**
**Plantation, FL 33324**

## IMPORTANT

A lawsuit has been filed against you. You have **twenty (20) calendar days** after this summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

WILLIAM D. ZOELLER, Esq.
SCHULER, WEISSER, ZOELLER, OVERBECK & BAXTER P.A.
Attorneys for Plaintiffs
1615 Forum Place, Suite 4-D
West Palm Beach, FL 33401
Telephone: (561) 689-8180

THE STATE OF FLORIDA

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this Summons and a copy of the complaint/petition in this lawsuit on the above-named Defendants.

Each defendant is required to serve written defenses to the complaint or petition on

WILLIAM D. ZOELLER, Esquire
SCHULER, WEISSER, ZOELLER, OVERBECK & BAXTER P.A.

Plaintiffs' attorney, whose address is:

Barristers Building, Suite 4D
1615 Forum Place
West Palm Beach, FL 33401
Telephone: (561) 689-8180

within **twenty (20) days** after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiffs' attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the amended complaint or petition.

DATED on Feb 28 2024, 2024.

(Seal)

CLERK OF THE CIRCUIT COURT & COMPTROLLER PALM BEACH COUNTY

JOSEPH ABRUZZO
As Clerk of the Court

By [signature]
As Deputy Clerk
Raegan Lee



Exhibit 2

Filing # 192699357 E-Filed 02/26/2024 11:07:02 AM

IN THE CIRCUIT COURT OF THE
15TH JUDICIAL CIRCUIT OF FLORIDA,
IN AND FOR PALM BEACH COUNTY

CASE NO.: 502024CA001845XXXAMB
DIVISION:

ARIEL WINT,

Plaintiff,

vs.

TARGET CORPORATION

Defendant.

_______________________________/

**COMPLAINT**

COMES NOW the Plaintiff, ARIEL WINT, by and through her undersigned attorneys, and sues the Defendant, TARGET CORPORATION and alleges as follows:

**ALLEGATIONS APPLICABLE TO ALL COUNTS**

1. This is an action for damages in excess of the sum of Fifty Thousand ($50,000.00) Dollars, exclusive of costs, interest and attorneys' fees.

2. The Plaintiff, ARIEL WINT, was at all times material hereto, a resident of Palm Beach County, Florida.

3. At all times material hereto, the Defendant, TARGET CORPORATION was a Florida corporation, authorized and doing business in the State of Florida.

4. That on or about the time of April 30, 2023, Defendant, TARGET CORPORATION owned, operated, managed and/or was in control of a business located at 5900 SR 7, Lake Worth, Palm Beach County, Florida.

5. That on or about April 30, 2023, the Plaintiff, ARIEL WINT, was a business invitee on the premises of the Defendant, TARGET CORPORATION located at 5900 SR 7, Lake Worth, Palm Beach County, Florida.

6. That Defendant owed a duty to Plaintiff and held out to the Plaintiff that its facility was a safe and hazard-free environment for its invited guests.

7. That on April 30, 2023, ARIEL WINT sustained bodily injuries resulting from an employee striking her from behind with a shopping cart while inside of Target.

**COUNT I – NEGLIGENCE – TARGET CORPORATION**

The Plaintiff realleges and reavers all the allegations applicable to all counts in paragraphs 1 through 7 above, as though fully set forth herein.

8. The Defendant, TARGET CORPORATION breached its duty to Plaintiff to maintain a safe and hazard-free environment, as ordinarily prudent persons would under similar circumstances in the following acts or omissions to act:

A. Failing to properly train its employees to prevent injury to customers

B. Failing to have to an employee strike a customer with a shopping cart;

9. As a result of the negligence of the Defendant, TARGET CORPORATION the Plaintiff, ARIEL WINT, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money, and aggravation of a pre-existing condition. The losses are either permanent or continuing in nature, and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, ARIEL WINT, demands judgment against the Defendant, TARGET CORPORATION for compensatory damages in excess of Fifty Thousand ($50,000.00), the costs of this action and further demands trial by jury.

SCHULER, WEISSER, ZOELLER,
OVERBECK & BAXTER, P.A.
Attorneys for Plaintiff(s)
1615 Forum Place, Suite 4-D
Barristers Building
West Palm Beach, FL 33401
Telephone: 561-689-8180
Facsimile: 561-684-9683

/s/ William Zoeller
William D. Zoeller, Esq.
FBN: 155233
Email-1: wzoeller@shw-law.com
Email-2: tcoffey@shw-law.com